UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Alex Berenson          Plaintiff,

         -against-

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, et al.,
                      Defendant.

1:23 Civ. 03048 ( PAE)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York,    Sean P. Gates    hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for    Alex Berenson    in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of    California    and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  April 18, 2023            Respectfully Submitted,

Applicant Signature: *Sean P. Gates*
Applicant's Name: Sean P. Gates
Firm Name: Charis Lex P.C.
Address: 225 S. Lake Ave., Ste. 300
City/State/Zip: Pasadena, CA 91101
Telephone/Fax: 626-508-1715; 626-508-1730 (fax)
Email: sgates@charislex.com