UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| Alex Berenson            Plaintiff, | |
| -against- | 1:23  Civ. 03048 (PAE) |
| President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, et al.,        Defendant. | AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

<u>AFFIDAVIT</u>

I, Sean P. Gates, state as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

I affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 4-18-23

_Sean P. Gates_
Sean P. Gates

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfullness, accuracy, or validity of that document.

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed)
Before me on this 18 day of April, 2023 by
_Sean P. Gates_
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Nevine F. Ayad_
Signature of Notary Public

NEVINE F. AYAD
Notary Public - California
Los Angeles County
Commission # 2334600
My Comm. Expires Oct 24, 2024