UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

Alex Berenson,
                Plaintiff,

   -against-                            1:23 Civ. 03048 (PAE)

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, et al.,

                Defendants

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sean P Gates for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his contact information is as follows:

Applicant's Name: Sean P. Gates

Firm Name: Charis Lex P.C.

Address: 225 S. Lake Ave., Ste. 300

City/ State/ Zip: Pasadena, CA 91101

Telephone/ Fax: 626-508-1715; 626-508-1730 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Alex Berenson in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 21, 2023

                                        *Paul A. Engelmayer*
                                       United States District/ ~~Magistrate~~ Judge