UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALEX BERENSON,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JOSEPH R. BIDEN, JR.,** President of the United States, in his official capacity;<br><br>**ANDREW M. SLAVITT,** Senior Advisor to the COVID-19 Response Coordinator, in his official capacity, and his individual capacity;<br><br>**ROBERT FLAHERTY,** Director of Digital Strategy at the White House, in his official capacity, and his individual capacity;<br><br>**VIVEK MURTHY, M.D.,** Surgeon General of the United States, in his official capacity, and his individual capacity;<br><br>**SCOTT GOTTLIEB, M.D.,** former FDA Commissioner and Member of the Board of the Directors of Pfizer, Inc.; and<br><br>**ALBERT BOURLA, PH.D., D.V.M.,** Chief Executive Officer of Pfizer, Inc.,<br><br>    **Defendants.** | Case No: 1:23-cv-03048<br><br>MOTION TO APPEAR<br><br>PRO HAC VICE |

Pursuant of Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Anthony J. Biller, hereby moves this Court for an Order for admission to

practice Pro Hac Vice to appear as counsel for Plaintiff, Alex Berenson, in the above-captioned action.

I am in good standing of the bar of the state of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted the 25th day of April 2023.

                    By:    */s/ Anthony J. Biller*
                            Anthony J. Biller
                            NC State Bar No. 24117
                            Envisage Law
                            2601 Oberlin Rd, STE 100
                            Raleigh, NC 27608
                            Telephone: (919) 755-1317
                            Facsimile:  (919) 782-0452

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day a copy of the foregoing **MOTION TO APPEAR PRO HAC VICE** was served upon all counsel of record through the Court's CM/ECF systems.

This the 25th day of April, 2023.

                                      By:    */s/ Anthony J. Biller*
                                                      Anthony J. Biller (Pro Hac Vice)