UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALEX BERENSON,**<br><br>　**Plaintiff,**<br><br>　v.<br><br>**JOSEPH R. BIDEN, JR.,** President of the United States, in his official capacity;<br><br>**ANDREW M. SLAVITT,** Senior Advisor to the COVID-19 Response Coordinator, in his official capacity, and his individual capacity;<br><br>**ROBERT FLAHERTY,** Director of Digital Strategy at the White House, in his official capacity, and his individual capacity;<br><br>**VIVEK MURTHY, M.D.,** Surgeon General of the United States, in his official capacity, and his individual capacity;<br><br>**SCOTT GOTTLIEB, M.D.,** former FDA Commissioner and Member of the Board of the Directors of Pfizer, Inc.; and<br><br>**ALBERT BOURLA, PH.D., D.V.M.,** Chief Executive Officer of Pfizer, Inc.,<br><br>　**Defendants.** | Case No: a:23-cv-03048<br><br>**AFFIDAVIT** |

　　　I am in good standing of the bar of the state of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Respectfully submitted the 21st day of April, 2023.

Anthony J. Biller
NC State Bar No.24,117
Envisage Law Firm
2601 Oberlin Rd., Suite 100
Raleigh, NC 27608
Phone: (919) 755-1317
Fax:    (919) 782-0452

WAKE COUNTY

STATE OF NORTH CAROLINA

I, April Bowes, A Notary Public for Vance County North Carolina, hereby certify that Anthony J. Biller, appeared before me.

This the 21st day of April, 2023.

Notary Public

My commission expires: 9/30/2025