UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALEX BERENSON,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JOSEPH R. BIDEN, JR.,** President of the United States, in his official capacity;<br><br>**ANDREW M. SLAVITT,** Senior Advisor to the COVID-19 Response Coordinator, in his official capacity, and his individual capacity;<br><br>**ROBERT FLAHERTY,** Director of Digital Strategy at the White House, in his official capacity, and his individual capacity;<br><br>**VIVEK MURTHY, M.D.,** Surgeon General of the United States, in his official capacity, and his individual capacity;<br><br>**SCOTT GOTTLIEB, M.D.,** former FDA Commissioner and Member of the Board of the Directors of Pfizer, Inc.; and<br><br>**ALBERT BOURLA, PH.D., D.V.M.,** Chief Executive Officer of Pfizer, Inc.,<br><br>    **Defendants.** | Case No: 1:23-cv-03048<br><br>**ORDER GRANTING**<br><br>**PRO HAC VICE** |

IT IS HEREBY ORDERED THAT the Motion for Anthony J. Biller is granted, subject to the terms and conditions of Local Rules 1.3. All papers filed by the attorney must indicate appearance pro hac vice.

This the _____ day of _____ 2023.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE