UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX BERENSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., et al.<br><br>    Defendants. | Case No: 1:23-cv-03048<br><br>AFFIDAVIT OF SERVICE |

The undersigned attorney for Alex Berenson, being first duly sworn, deposes and says:

1. That Defendant, Joseph R. Biden, Jr., has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On May 2, 2023, I caused a copy of the Complaint and Summons to be sent to Joseph R. Biden, Jr., via Certified Mail, tracking number **7022 2410 0003 3708 0148** to Joseph R. Biden, Jr., President of the United States, c/o Attorney General of the United States, U.S Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0001. Such delivery in fact occurred on May 8, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "A."**

2. That Defendant, Robert Flaherty, has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil

1

Procedure. On May 2, 2023, I caused a copy of the Complaint and Summons to be sent to Robert Flaherty, via Certified Mail, tracking number **7022 2410 0003 3708 0162** to Robert Flaherty, Director of Digital Strategy, c/o Attorney General of the United States, U.S Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0001. Such delivery in fact occurred on May 8, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "B."**

3. That Defendant, Vivek Murthy, M.D., has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On May 2, 2023, I caused a copy of the Complaint and Summons to be sent to Vivek Murthy, M.D., via Certified Mail, tracking number **7022 2410 0003 3708 0209** to Vivek Murthy, M.D., Surgeon General, c/o Attorney General of the United States, U.S Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0001. Such delivery in fact occurred on May 8, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "C."**

4. That Defendant, Andy Slavitt, has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On May 3, 2023, I caused a Waiver of Service of Summons to be sent to Michael Dore counsel for Andy Slavitt. File-stamped Waiver Attached hereto as **Exhibit "D"**.

5. That Defendant, Scott Gottlieb, M.D., has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New

      York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On April 20, 2023, co-counsel David J. Hoffman caused a Waiver of Service of Summons to be sent to James P. Rouhandeh, counsel for Scott Gottlieb, M.D. File-stamped Waiver Attached hereto as **Exhibit "E"**.

6. That Defendant, Albert Bourla, PH.D., D.V.M., has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On April 20, 2023, co-counsel David J. Hoffman caused a Waiver of Service of Summons to be sent to James P. Rouhandeh, counsel for Albert Bourla, PH.D., D.V.M.. File-stamped Waiver Attached hereto as **Exhibit "F"**.

Further Affiant Sayeth Not.

By: _____
James R. Lawrence, III

Wake County, North Carolina

Signed and sworn to (or affirmed)
before me this day by James R. Lawrence, III

Date: 06-13-2023                                     _____
                                                     Notary Public's Signature

_Charlotte Murphy_
Notary Public's Printed Name

(Official Seal) My commission expires: 04-13-2027

Respectfully submitted the 13th day of June 2023.

By:   /s/ James R. Lawrence, III
      James R. Lawrence, III
      NC State Bar No. 44560
      Envisage Law
      2601 Oberlin Rd, STE 100
      Raleigh, NC 27608
      Telephone: (919) 755-1317
      Facsimile:  (919) 782-0452

4

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a copy of the foregoing **AFFIDAVIT OF SERVICE** was served upon all counsel of record through the Court's CM/ECF systems.

This the 13th day of June, 2023.

                                                   By:    */s/ James r. Lawrence, III*
                                                                      James R. Lawrence, III (Pro Hac Vice)