# EXHIBIT A

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

ADB 4D240.0003

7022 2410 0003 3708 0148

Certified Mail Fee: $4.15
Extra Services & Fees:
- ☒ Return Receipt (hardcopy) $3.35
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage: $4.14
Total Postage and Fees: $8.29

Postmark: MAY 2 2023 RALEIGH NC

Sent To: Joseph R. Biden, Jr. POTUS c/o Attorney General
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Joseph R. Biden, Jr.,
President of the United States
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530-0001

9590 9402 8129 2349 8326 09

2. Article Number (Transfer from service label)
7022 2410 0003 3708 0148

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: MAY 8 2023

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt