EXHIBIT B

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

ADB 40260.0003

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee: $4.15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $3.35
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here: MAY 2 2023

Postage: $4.14
Total Postage and Fees: $8.29

Sent To: Robert Flaherty, Director of Digital Strategy c/o AG
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Article tracking: 7022 2410 0003 3708 0162

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robert Flaherty, Director of Digital Strategy
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

9590 9402 8129 2349 8325 93

2. Article Number (Transfer from service label)
7022 2410 0003 3708 0162

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 8 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt