UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX BERENSON,<br><br>        Plaintiff,<br><br> -against-<br><br>JOSEPH R. BIDEN, JR., ANDREW M. SLAVITT, ROBERT FLAHERTY, VIVEK MURTHY, M.D., SCOTT GOTTLIEB, M.D., and ALBERT BOURLA, PH.D, D.V.M.<br><br>        Defendants. | Case No. 1:23-cv-03048 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James P. Rouhandeh of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Scott Gottlieb, M.D. and Albert Bourla, Ph.D., D.V.M. in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated: June 14, 2023
   New York, New York

                   Respectfully submitted,

                   */s/ James P. Rouhandeh*
                   James P. Rouhandeh

                   Davis Polk & Wardwell LLP
                   450 Lexington Avenue
                   New York, New York 10017
                   212-450-4000
                   rouhandeh@davispolk.com

                   *Counsel for Dr. Scott Gottlieb and*
                   *Dr. Albert Bourla*