## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

ALEX BERENSON,                                             :
                                                          :
                    Plaintiff,                            :
                                                          :
            v.                                            :
                                                          :
JOSEPH R. BIDEN, JR., President of the United             :
States, in his official Capacity;                         :
                                                          :
ANDREW M. SLAVITT, Senior Advisor to the                  :
COVID-19 response Coordinator, in his official            :
capacity, and in his individual capacity;                 :
                                                          :
ROBERT FLAHERTY, Director of Digital Strategy             :   Case No. 1:23-cv-03048-PAE
at the White House, in his official capacity, and in his  :
individual capacity;                                      :
                                                          :
VIVEK MURTHY, M.D., Surgeon General of the                :
United States, in his official capacity, and in his       :
individual capacity;                                      :
                                                          :
SCOTT    GOTTLIEB,    M.D.,    former    FDA              :
Commissioner and Member of the Board of the               :
Directors of Pfizer, Inc.; and                            :
                                                          :
ALBERT    BOURLA,    PH.D.,    D.V.M.,    Chief           :
Executive Officer of Pfizer, Inc.,                        :
                                                          :
                    Defendants.                           :

--------------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant

Andrew M. Slavitt in the above-captioned action and respectfully requests that all pleadings,

notices, orders, correspondence, and other papers in connection with this action be served upon

the following, an attorney duly admitted to practice before this Court:

Theodore J. Boutrous, Jr.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7804
TBoutrous@gibsondunn.com


Dated: June 14, 2023
       Los Angeles, California

GIBSON, DUNN & CRUTCHER LLP

By:  _/s/ Theodore J. Boutrous, Jr.___
     Theodore J. Boutrous, Jr.

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7804
Email:  TBoutrous@gibsondunn.com

*Counsel for Defendant Andrew M. Slavitt*