UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX BERENSON,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., et al.<br><br>Defendants. | Case No: 1:23-cv-03048<br><br>AFFIDAVIT OF SERVICE |

The undersigned attorney for Alex Berenson, being first duly sworn, deposes and says:

1. That Defendant, Joseph R. Biden, Jr. (in his official capacity) has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure.  On June 16, 2023, I caused a copy of the Complaint and Summons to be sent to Joseph R. Biden, Jr., via Certified Mail, tracking number **9589 0710 5270 0860 6230 40** to Joseph R. Biden, Jr., President of the United States, The White House, 1600 Pennsylvania Ave. NW, Washington DC 20003. Such delivery in fact occurred on June 27, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "A."**

2. That Defendant, Robert Flaherty (in his individual capacity), has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure.  On June 21, 2023, I caused a copy of the Complaint

1

and Summons to be served on Carla Franks (wife and co-resident), via Process Server, Stuart Macpherson, at the place of residence of Robert Flaherty, Director of Digital Strategy, ███████████████████████. Affidavit of Process server attached hereto as **Exhibit "B."**

3. Defendants, Joseph R. Biden, Jr., and Robert Flaherty (in their official capacities), have been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On June 15, 2023, I caused a copy of the Complaint and Summons to be sent to the US Attorney for the Southern District of New York, via Certified Mail, tracking number **7022 2410 0003 3708 0056** to the US Attorney for the Southern District of New York, 86 Chambers Street, New York, New York 1007. Such delivery in fact occurred on June 20, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "C."**

4. That Defendant, Vivek Murthy, M.D., (in his official capacity) has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On May 2, 2023, I caused a copy of the Complaint and Summons to be sent to Vivek Murthy, M.D., via Certified Mail, tracking number **7022 2410 0003 3708 0209** to Vivek Murthy, M.D., Surgeon General, c/o Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0001. Such delivery in fact

occurred on May 8, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "D."**

5. That Defendant, Vivek Murthy, M.D., (in his official capacity), has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On June 16, 2023, I caused a copy of the Complaint and Summons to be sent to Vivek Murthy, M.D., via Certified Mail, tracking number **9589 0710 5270 0860 6230 19** to Vivek Murthy, M.D., Office of Surgeon General, Department of Health and Human Services, 200 Independence Ave. SW, Washington DC 20201. Such delivery in fact occurred on June 20, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "E."**

6. That Defendant, Vivek Murthy, M.D., (in his official capacity), has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On June 16, 2023, I caused a copy of the Complaint and Summons to be sent to Vivek Murthy, M.D., via Certified Mail, tracking number **9589 0710 5270 0860 6230 02** to Office of General Counsel, Department of Health and Human Services, 200 Independence Ave. SW, Washington DC 20201. Such delivery in fact occurred on June 20, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "F."**

7. That Defendant, Vivek Murthy, M.D.(in his individual capacity), has been duly served with the Complaint and Summons in the above captioned matter, filed in

Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On June 22, 2023, I caused a copy of the Complaint and Summons to be sent to Vivek Murthy, M.D., via Certified Mail, tracking number **9589 0710 5270 0860 5622 02** to Vivek Murthy, M.D., at his place of residence at ███████████████████████████████████. Such delivery in fact occurred on June 26, 2023, and is evidenced by the Delivery Confirmation Attached hereto as **Exhibit "G."**

8. That Defendant, Andy Slavitt, has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On May 3, 2023, I caused a Waiver of Service of Summons to be sent to Michael Dore counsel for Andy Slavitt. File-stamped Waiver Attached hereto as **Exhibit "H"**.

9. That Defendant, Scott Gottlieb, M.D., has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On April 20, 2023, co-counsel David J. Hoffman caused a Waiver of Service of Summons to be sent to James P. Rouhandeh, counsel for Scott Gottlieb, M.D. File-stamped Waiver Attached hereto as **Exhibit "I"**.

10. That Defendant, Albert Bourla, PH.D., D.V.M., has been duly served with the Complaint and Summons in the above captioned matter, filed in Southern District of New York, in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. On April 20, 2023, co-counsel David J. Hoffman caused a

Waiver of Service of Summons to be sent to James P. Rouhandeh, counsel for Albert Bourla, PH.D., D.V.M.. File-stamped Waiver Attached hereto as **Exhibit "J"**.

Further Affiant Sayeth Not.

By: _____
Anthony J. Biller

Wake County, North Carolina

Signed and sworn to (or affirmed) before me this day by Anthony J. Biller

Date: 7/5/2023

_____
Notary Public's Signature

__April Bowes_____
Notary Public's Printed Name

(Official Seal) My commission expires: 9/30/2025

*Seal: APRIL BOWES, Notary Public, Vance County, NORTH CAROLINA*

## CERTIFICATE OF SERVICE

      I hereby certify that on this day a copy of the foregoing **AFFIDAVIT OF SERVICE** was served upon all counsel of record through the Court's CM/ECF systems.

This the 5th day of July, 2023.

                                        By:    */s/Anthony J. Biller*
                                                      Anthony J. Biller