**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X

| | |
|---|---|
| **ALEX BERENSON,** | : |
| **Plaintiff**, | : |
| v. | : |
| **JOSEPH R. BIDEN, JR.**, President of the United States, in his official capacity; | : |
| **ANDREW M. SLAVITT**, in his individual capacity; | : |
| **SENIOR ADVISOR TO THE COVID-19 RESPONSE COORDINATOR**, in his or her official capacity; | : |
| **ROBERT FLAHERTY**, in his individual capacity; | :   Case No. 1:23-cv-03048-JGLC |
| **CHRISTIAN L. TOM**, Director of Digital Strategy at the White House, in his official capacity; | : |
| **VIVEK MURTHY, M.D.**, Surgeon General of the United States, in his official capacity, and in his individual capacity; | : |
| **SCOTT GOTTLIEB, M.D.**, former FDA Commissioner and Member of the Board of the Directors of Pfizer, Inc.; and | : |
| **ALBERT BOURLA, PH.D., D.V.M.**, Chief Executive Officer of Pfizer, Inc., | : |
| **Defendants**. | : |

------------------------------------------------------ X

## DECLARATION OF MICHAEL H. DORE

I, Michael H. Dore, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP and counsel to defendant Andrew M. Slavitt in this action. I have personal knowledge of the facts stated herein and, if called to testify, I could and would competently testify to these facts.

1

2.    I submit this declaration in support of defendant Slavitt's motion to dismiss.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of a July 30, 2021 tweet by plaintiff Alex Berenson with the text "Impfung macht frei," along with replies to that tweet.  The username of the account that accessed Twitter (now "X") to view the tweet has been redacted.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the complaint Berenson filed against Twitter, Inc. in the Northern District of California under the case caption *Berenson v. Twitter, Inc.*, Case No. 21-cv-9818 (N.D. Cal. Dec. 20, 2021).

5.    Attached hereto as **Exhibit 3** is a true and correct copy of U.S. District Judge William Alsup's April 29, 2022, order on Twitter Inc.'s motion to dismiss in *Berenson v. Twitter, Inc.*, No. 21-cv-9818 (N.D. Cal. Dec. 20, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2023.


Dated:   August 21, 2023
         New York, NY                          Respectfully submitted,


By:   /s/ Michael H. Dore

Michael H. Dore (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7652
MDore@gibsondunn.com

*Counsel for Defendant Andrew M. Slavitt*

2