**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALEX BERENSON,

Plaintiff,

v.

JOSEPH R. BIDEN, JR., *et al.*,

Defendants.

No. 23 Civ. 3048 (JGLC)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of the Federal Defendants' Motion to Dismiss the Complaint, the Federal Defendants, by their

attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby

move this Court for an order dismissing the Complaint against them in full pursuant to Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  August 21, 2023
        New York, New York

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                        By:     /s/ *Alyssa B. O'Gallagher*
                                JEANNETTE A. VARGAS
                                ALYSSA B. O'GALLAGHER
                                Assistant United States Attorneys
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2678/2822
                                Fax: (212) 637-2786
                                E-mail: jeannette.vargas@usdoj.gov
                                        alyssa.o'gallagher@usdoj.gov