IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEX BERENSON,

    Plaintiff,

v.

JOSPEH R. BIDEN, JR., et al.,

    Defendants.

Case No.: 1:23-cv-03048-JGLC

## DECLARATION OF CHRISTOPHER R. CAUDILL IN SUPPORT OF PLAINTIFF ALEX BERENSON'S REQUEST FOR LEAVE TO AMEND

I, Christopher R. Caudill, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a paralegal at Envisage Law. I have personal knowledge as to the facts stated in this declaration. If called to testify, I could and would be competent to testify to these facts.

2. I submit this Declaration as factual support for Mr. Berenson's requests for leave to amend his original Complaint in this case as stated in his oppositions to the three separate motions to dismiss filed by the Federal Defendants, (Dkt. 44), Andrew M. Slavitt, (Dkt. 38), and Dr. Scott Gottlieb and Dr. Albert Bourla (Dkt. 41).

3. Attached as Exhibit A is a true and accurate copy of an e-mail obtained by Mr. Berenson as part of the Twitter Files after he filed his complaint. The e-mail shows an August 9, 2022 Twitter internal legal analysis related to Mr. Berenson's case.

4. Attached as Exhibit B is a true and accurate copy of e-mails obtained by Mr. Berenson as part of the Twitter Files after he filed his complaint. The e-mail chain is from Twitter's internal legal analysis regarding Mr. Berenson's case against Twitter from May 31, 2022 and June 2, 2022.

1

5.  Attached as Exhibit C is a true and accurate copy of e-mails Twitter produced to Mr. Berenson.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 4th day of October 2023.

Dated: October 4, 2023

Raleigh, North Carolina

Respectfully submitted,

By: _____
Christopher R. Caudill