IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEX BERENSON,

    Plaintiff,

v.

JOSPEH R. BIDEN, JR., et al.,

    Defendants.

Case No.: 1:23-cv-03048-JGLC

## DECLARATION OF CHRISTOPHER R. CAUDILL IN SUPPORT OF PLAINTIFF ALEX BERENSON'S OPPOSITION TO ANDREW M. SLAVITT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Christopher R. Caudill, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, the following is true and correct:

1. I am a paralegal at Envisage Law. I have personal knowledge as to the facts stated in this declaration. If called to testify, I could and would be competent to testify to these facts.

2. I submit this Declaration as factual support as part of Plaintiff Alex Berenson's opposition to Defendant Andrew M. Slavitt's motion to dismiss for lack of personal jurisdiction.

3. Attached as Exhibit A is a screenshot from the Twitter Files showing a true and accurate copy (with highlights) of Twitter employees Todd O'Boyle and Tiffany Lowe communicating regarding Mr. Berenson's fifth strike under Twitter's COVID-19 misleading information policy.

4. Attached as Exhibit B is a true and accurate copy of former Twitter employee Tiffany Lowe's LinkedIn profile available at the following link: https://www.linkedin.com/in/tiffany-lowe-423b4659.

5. Attached as Exhibit C is a true and accurate copy of material from the Internet Archive showing Mr. Berenson's Twitter account as it appeared on May 29, 2020 available at the following link:

https://web.archive.org/web/20200529183147/https://20200529183147/www.twitter.com/alexberenson.

6. Attached as Exhibit D are screenshots showing true and accurate copies of tweets made by Mr. Slavitt in 2022 and available at the following links:

    a. March 30, 2022: https://twitter.com/ASlavitt/status/1509155615859425285

    b. May 31, 2022: https://twitter.com/ASlavitt/status/1531683821841956865

    c. July 21, 2022: https://twitter.com/ASlavitt/status/1550241962778918918

    d. September, 2022: https://twitter.com/ASlavitt/status/1567360710518214656

    e. October 20, 2022: https://twitter.com/ASlavitt/status/1583292130990391298

7. Attached as Exhibit E is a true and accurate copy of an article appearing in Fierce Healthcare available at the following link: https://www.fiercehealthcare.com/practices/andy-slavitt-to-take-reins-at-cityblock-health-as-co-founder-takes-leave-absence.

8. Attached as Exhibit F is a true and accurate copy of the home page for City Block available at the following link: https://www.cityblock.com/.

9. Attached as Exhibit G is a true and accurate copy of a Forbes article available at the following link: https://www.forbes.com/sites/brucejapsen/2022/09/29/town-hall-ventures-raises-350-million-more-as-underserved-care-strategy-takes-off/?sh=652644f03fb5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 4th day of October 2023.

Dated: October 4, 2023

Raleigh, North Carolina

Respectfully submitted,

By: _____
      Christopher R. Caudill