**Davis Polk**

James P. Rouhandeh  
+1 212 450 4835  
rouhandeh@davispolk.com

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017  
davispolk.com

July 3, 2024

Re: *Berenson v. Biden*, No. 23-CV-3048 (JGLC) (S.D.N.Y.)

Honorable Jessica G.L. Clarke  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Dear Judge Clarke:

We represent defendants Dr. Scott Gottlieb and Dr. Albert Bourla in the above-captioned action and write on behalf of all parties in response to the Court's March 19, 2024 order. (ECF No. 71.)

The Court directed the parties "to file a joint letter with dates they are available for oral argument" on defendants' motions to dismiss within one week of the Supreme Court's decisions in *Murthy v. Missouri* and *National Rifle Association v. Vullo*. (ECF No. 71 at 1.) Following the Supreme Court's decisions in *Vullo* (on May 30, 2024) and *Murthy* (on June 26, 2024), the parties have conferred and are available for oral argument on Thursday, September 12, 2024 and Tuesday, September 17, 2024.

The parties are happy to propose other times if these options are not convenient for the Court.

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh

cc:   All counsel via ECF

**Electronic Filing**