UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX BERENSON,

                Plaintiff,

  -against-

JOSEPH R. BIDEN, JR., ANDREW M. SLAVITT,
ROBERT  FLAHERTY, VIVEK MURTHY, M.D.,
SCOTT GOTTLIEB, M.D., and ALBERT
BOURLA, PH.D, D.V.M.

                Defendants.

Case No. 1:23-cv-03048-JGLC

---

**DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF
DR. ALBERT BOURLA AND DR. SCOTT GOTTLIEB'S
MOTION TO DISMISS THE PROFFERED AMENDED COMPLAINT**

James P. Rouhandeh, pursuant to 28 U.S.C. § 1746, hereby declares:

1.     I am an attorney admitted to practice before this Court, and I am a partner in the law firm of Davis Polk & Wardwell LLP, counsel for defendants Albert Bourla and Scott Gottlieb in the above-captioned matter.

2.     I submit this declaration in support of Dr. Bourla and Dr. Gottlieb's motion to dismiss plaintiff Alex Berenson's proffered amended complaint (the "Amended Complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3.     Attached hereto as Exhibit A is a true and correct copy of Twitter Inc.'s Terms of Service effective August 19, 2021.  The Amended Complaint references and relies upon Twitter Inc.'s Terms of Service, including at ¶ 262.

4.       Attached hereto as Exhibit B is a true and correct copy of the Twitter Help Center page entitled "Report a Tweet, List, or Direct Message" as of August 13, 2021, as archived by The Wayback Machine.

5.       Attached hereto as Exhibit C is a true and correct copy of a Twitter blog post entitled "COVID-19: Our approach to misleading vaccine information," published December 16, 2020 and available at https://blog.x.com/en_us/topics/company/2020/covid19-vaccine.  The Amended Complaint references and relies upon this blog post, including at ¶ 86 and ¶ 87.

6.       Attached hereto as Exhibit D is a true and correct copy of a Twitter blog post entitled "COVID-19 misleading information policy," published March 1, 2021, as archived by The Wayback Machine.  The Amended Complaint references and relies upon this blog post, including at ¶ 91.

7.       Attached hereto as Exhibit E is a true and correct copy of a Twitter report entitled "COVID-19 Misinformation," published on July 28, 2022, as archived by The Wayback Machine.

8.       Attached hereto as Exhibit F is a true and correct copy of the complaint filed on December 20, 2021 in the United States District Court for the Northern District of California in the case captioned *Berenson v. Twitter Inc.*, No. 21-cv-09818.  The Amended Complaint references and relies on *Berenson v. Twitter*, including at ¶ 225 and ¶ 262.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         October 11, 2024

*/s/ James P. Rouhandeh*
James P. Rouhandeh

2