UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX BERENSON,

                Plaintiff,

      v.

JOSEPH R. BIDEN, JR., *et al.*,

                Defendants.

No. 23 Civ. 3048 (JGLC)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Dismiss the First Amended Complaint, the Federal Defendants, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the First Amended Complaint against them in full pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.[1]

Dated: October 11, 2024
       New York, New York

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                By:    */s/ Alyssa B. O'Gallagher*
                        ALYSSA B. O'GALLAGHER
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.: (212) 637-2822
                        Email: alyssa.o'gallagher@usdoj.gov

---

[1] Plaintiff Alex Berenson's motion for leave to amend should be denied as futile, at least as to the Federal Defendants, for the reasons stated in the Federal Defendants' Motion to Dismiss the First Amended Complaint.