**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEX BERENSON,

                Plaintiff,

-against-                               23 **CIVIL** 3048 (JGLC)

                                           **JUDGMENT**

JOSEPH R. BIDEN, JR., et al.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, the Federal Defendants' motions to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2025

                                             **TAMMI M. HELLWIG**
                                             _____
                                                **Clerk of Court**

                       **BY:**      *K. Mango*

                                                 _____
                                                 **Deputy Clerk**