**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALEX BERENSON,** | |
| **Plaintiff,** | |
| **v.** | Case No.: 1:23-cv-03048-JGLC |
| **JOSEPH R. BIDEN, JR., et al.,** | **NOTICE OF APPEAL** |
| **Defendants.** | |

Notice is hereby given that Alex Berenson appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on September 30, 2025 that closed the case (Dkt. 133). Without limiting this appeal's scope, this appeal encompasses the order entered on September 29, 2025 that dismissed Alex Berenson's claims as against President Donald J. Trump, Deputy U.S. Surgeon General, Rear Admiral Denise Hinton, the United States of America, Robert Flaherty, and Dr. Vivek Murthy (Dkt. 132); the order entered on July 14, 2025 that dismissed Alex Berenson's claims against Andrew M. Slavitt, Albert Bourla, and Scott Gottlieb (Dkt. 127); and all other orders related to the foregoing orders.

Respectfully submitted, this 27th day of October, 2025.

By: */s/ James R. Lawrence, III*
JAMES R. LAWRENCE, III
NC State Bar No. 44,560*
ANTHONY J. BILLER
NC State Bar No. 24,117*
ENVISAGE LAW
2601 Oberlin Rd, Suite
Raleigh, NC 27608
Phone: 919.755.1317
Facsimile: 919.782.0452
Email: jlawrence@envisage.law
        ajbiller@envisage.law

1

SEAN P. GATES (SBN 186247)*
Illovsky Gates & Calia LLP
155 N. Lake Avenue, Suite 800
Pasadena, CA 91101
Phone: 626.508.1715
E-mail: sean@illovskygates.com

DAVID J. HOFFMAN
Attorney at Law
254 W. 15th Street Apt 2C
New York, New York 10011
Phone: 917.701.3117
E-mail: djhoffman@djhoffmanlaw.com

* admitted pro hac vice

2