23-cv-3048 (JGLC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand twenty-six.

_____

Alex Berenson,

        Plaintiff - Appellant,

   v.

Donald Trump, President of the United States, in his official capacity, Andrew M. Slavitt, Senior Advisor to the COVID-19 Response Coordinator, in his official capacity, Robert Flaherty, Director of Digital Strategy at the White House, in his official capacity, Vivek H. Murthy, Surgeon General of the United States, in his official capacity, United States of America, Scott Gottlieb, M.D., former FDA Commissioner and member of the Board of Directors of Pfizer, Inc., Albert Bourla, Ph.D., D.V.M. Chief Executive Officer of Pfizer, Inc.,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 25-2709

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/10/2026 |

Appellant and Appellee Andrew M. Slavitt have filed a stipulation dismissing this appeal as to Appellee Slavitt.

The stipulation is hereby SO ORDERED. The appeal will proceed with respect to the remaining Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/10/2026